IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KESSELLY J. KASIAH, SR., )
)
      Plaintiff, )
)
v. ) 1:15-CV-372
)
SHIRLEY MORRISON, et al., )
)
      Defendants. )

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on March 23, 2016, was served on the parties. (Docs.32, 33). No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that to the extent the plaintiff seeks to amend his complaint in the document filed at Docket 23, such motion is **DENIED**.

This the 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE